AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)*  Mayor of the District of Columbia

was received by me on *(date)*  April 29, 2019

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Marjorie Thomas, Staff Assistant , who is
designated by law to accept service of process on behalf of *(name of organization)*
the Office of the Attorney General     on *(date)* April 30, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 28, 2019

*Server's signature*

Elaine Stamp, Paralegal and Intake Manager
*Printed name and title*

American Civil Liberties Union Foundation of the District of Columbia, 915 15th Street NW, 2nd Floor Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: