AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Joseph Gupton

was received by me on *(date)*  April 29, 2019

☐ I personally served the summons on the individual at *(place)*

on *(date)*                ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                ; or

☐ I returned the summons unexecuted because                                 ; or

☒ Other *(specify)*: Pursuant to MPD General Order 701.04 governing service of summons on its officers, I emailed the summons for Officer Gupton to mpd.subpoenas@dc.gov on April 30, 2019. Officer Gupton indicated his acceptance of the summons and complaint in a signed copy of an Acknowledgement of Receipt of Summons and Complaint dated May 6, 2019.

My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: May 28, 2019

*Server's signature*

Elaine Stamp, Paralegal and Intake Manager
*Printed name and title*

American Civil Liberties Union Foundation of the District of Columbia, 915 15th Street NW, 2nd Floor Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: