## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

TO: __Scott Michelman__
(Name of Plaintiff's Attorney or Plaintiff (if not represented by an attorney))

__915 15th St NW, Second Floor__
(Address of Plaintiff's Attorney or Plaintiff (if not represented by an attorney))

__Washington, DC 20005__

I, __Joseph Gupton__, acknowledge that I received a copy of the Summons
(Name of Member)

and Complaint in the case of __Denise Price__ v. District of Columbia,
(Name of Lawsuit)

Civil Action No. __19-CV-01235-APM__. By signing this form acknowledging receipt of the Summons and Complaint and returning it within fourteen (14) calendar days to the Plaintiff's Attorney or to the Plaintiff (if not represented) listed on the Summons, I am agreeing that service of process is complete and that I do not have to be served in person with the Summons and Complaint.[1]

_____  __5/0/19__
Signature of Member          Date

---

[1] If this form is not returned within fourteen (14) calendar days to the Plaintiff's Attorney or to the Plaintiff (if not represented by an attorney), then you are subject to being served in person with the Summons and Complaint by a process server.

GO-PCA-701.04 (Service of Subpoenas and Civil Lawsuits Upon Members of the Department)
Acknowledge of Receipt of Summons and Complaint
Attachment A
Revised November 10, 2011