## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE,<br><br>                        Plaintiff,<br>    v.<br><br>JOSEPH GUPTON, et al.,<br><br>                      Defendants. | No. 19-cv-01235 (APM) |

### JOINT MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the parties have conferred and hereby jointly request a protective order governing the disclosure of certain information. A proposed protective order is attached hereto.

The parties agree that some documents relevant to this case, such as internal investigations and personnel records of the Metropolitan Police Department, and personal medical and financial information, should be protected from unnecessary public disclosure to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," Fed. R. Civ. P. 26(c), while allowing all parties to prosecute or defend this action properly. The proposed protective order will safeguard the parties from unnecessary and potentially harmful disclosure of confidential information while creating appropriate procedures for exchanging confidential information in discovery without the need for frequent consultation or intervention by this Court.

For the foregoing reasons, the parties submit that good cause exists for the entry of a protective order pursuant to Fed. R. Civ. P. 26(c) and jointly request that the Court enter the attached proposed protective order.

2

June 21, 2019                                        Respectfully submitted,

                                                              */s/ Scott Michelman*
                                                              Scott Michelman (D.C. Bar No. 1006945)
                                                              Arthur B. Spitzer (D.C. Bar No. 235960)
                                                              Michael Perloff[*]
                                                              American Civil Liberties Union Foundation
                                                                    of the District of Columbia
                                                             915 15th Street NW, Second Floor
                                                             Washington, D.C. 20005
                                                             (202) 457-0800
                                                             smichelman@acludc.org

                                                             Counsel for Plaintiff


                                                             */s/ David A. Jackson*
                                                              David A. Jackson (471535)
                                                             Assistant Attorney General
                                                             Office of the Attorney General
                                                             441 Fourth Street, NW
                                                             Suite 630 South Washington, DC 20001
                                                             (202) 724-6618
                                                             davida.jackson@dc.gov

                                                             Counsel for Defendants

---

[*] Admitted to practice in New York. Practicing in D.C. under supervision of a D.C. Bar member while awaiting admission to D.C. Bar, pursuant to D.C. Ct. App. R. 49(c)(8).