UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENISE PRICE,

                Plaintiff,

v.                                                                               No. 19-cv-01235-APM

JOSEPH GUPTON, et al.,

                Defendants.

[~~Proposed~~]
**ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery Deadlines, it is hereby ORDERED that this Court's June 25, 2019 Scheduling Order shall be modified as follows:

1. The deadline for fact discovery shall be extended to December 2, 2019.
2. The deadline to amend the pleadings and join additional parties shall be extended to December 15, 2019.
3. The deadline for submitting proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall be extended to January 13, 2020.
4. The deadline for submitting rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be extended to February 12, 2020.
5. The deadline for the Joint Status Report regarding the status of expert discovery shall be extended to Feb. 19, 2020.
6. The deadline for expert discovery shall be to March 23, 2020.
7. The date of the Post-Discovery Conference shall be extended to a date on or after March 30, 2020, specifically _April 3, 2020 at 10:30 am_

1

Dated: October 22, 2019

_____
Amit P. Mehta
United States District Judge