UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE PRICE, )<br>           )<br>     Plaintiff, )<br>           )<br>     v.      )  C.A. No. 19-cv-1235-APM<br>           )<br>OFFICER JOSEPH GUPTON, *et al.*, )<br>           )<br>     Defendants. )<br>           ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE FACT DISCOVERY DEADLINE**

Defendants District of Columbia and Joseph Gupton hereby move this Court for an order extending the deadline to complete fact discovery until January 2, 2019. The purpose of this motion is to allow the Defendants to take Plaintiff's deposition and to allow additional time to complete fact discovery. Under the current scheduling order [ECF # 16], fact discovery closes on December 2, 2019. However, expert discovery does not close until March 23, 2020. The parties have agreed on December 12, 2019 as the date for Plaintiff's deposition. Additionally, the parties are resolving discussions about outstanding written discovery. A thirty-day extension of the fact discovery deadline will not interfere was any other deadline currently set.

Undersigned counsel, Assistant Attorney General David A. Jackson, will not be available to take Plaintiff's deposition before the December 2, 2019, fact discovery deadline because counsel will be on pre-approved leave in the Boston area over the Thanksgiving holiday from November 25, 2019 through December 2, 2019. The earliest date when counsel for Plaintiff and Defendant are available is December 12, 2019. Additionally, undersigned counsel's very active caseload made it difficult to schedule Plaintiff's deposition earlier. Additionally, the parties have been

conferring regarding outstanding discovery, and request additional time to confirm that these issues are fully resolved.  This is the second request for an extension of the discovery deadline, but as stated above, this is only a request for a short extension and no other deadline will be affected.  There is good cause to grant this motion which is filed prior to the expiration of the fact discovery deadline. Fed. R. Civ. P. 6(b)(1)(A).  Accordingly, the Defendants ask that this Court to extend the fact deadline discovery until January 2, 2019.

    Respectfully submitted,

    KARL A. RACINE
    Attorney General for the District of Columbia

    CHAD COPELAND
    Deputy Attorney General
    Civil Litigation Division

    /s/Michael K. Addo
    MICHAEL ADDO [#1008971]
    Chief, Civil Litigation Division, Section IV

    /s/David A. Jackson
    DAVID A. JACKSON [471535]
    Assistant Attorney General
    Office of the Attorney General
    441 Fourth Street, NW, Suite 630 South
    Washington, D.C.  20001
    (202) 724-6618
    (202) 741-8999 (fax)
    davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DENISE PRICE,                       )
                                    )
      Plaintiff,                    )
                                    )
  v.                                ) C.A. No. 19-cv-1235-APM
                                    )
OFFICER JOSEPH GUPTON, *et al.*,    )
                                    )
      Defendants.                   )
_____ )

## **PROPOSED ORDER**

Upon consideration of Defendants Consent Motion to Extend the Fact Discovery Deadline, the consent of counsel for Plaintiff, and the entire record herein, it is the _____ day of _____, 2019:

ORDERED that the Defendants' motion is hereby GRANTED; and it is

ORDERED that fact discovery is extended until January 2, 2019.

So Ordered.

 

_____
Judge Amit P. Mehta
United States District Court
for the District of Columbia