UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-cv-1235-APM |
| | ) |
| OFFICER JOSEPH GUPTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ERRATA**

Defendants hereby file this errata regarding Defendants' Consent Motion to Extend the Fact Discovery Deadline (ECF # 17). On November 27, 2019, Assistant Attorney General John Bardo filed the above referenced consent motion. The motion was granted on that same day. However, the motion contained the electronic signature of undersigned counsel, Assistant Attorney General David A. Jackson. AAG Bardo filed the motion because AAG Jackson was on leave during that week and in Massachusetts for the Thanksgiving Day holiday. Today, AAG Jackson was informed by the Civil Clerk's Office that because the motion contained AAG Jackson's electronic signature, the motion should not have been filed by AAG Bardo. In all other respects, the form and substance of the motion was drafted by AAG Jackson and approved by Michael K. Addo, Chief, Civil Litigation Division Section IV. Thus, this errata is filed only for the purpose of acknowledging the filing error.

    Respectfully submitted,

    KARL A. RACINE
    Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

*/s/David A. Jackson*
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

Attorneys for Defendants