UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-cv-1235-APM |
| | ) |
| OFFICER JOSEPH GUPTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Pursuant to LCvR 5.4(e)(1), Plaintiff submits this Notice of Filing to inform the Court that the exhibits listed below, which Plaintiff cites in her Partial Motion for Summary Judgment, ECF No. 24, constitute audio or video files that are "not in a format that readily permits electronic filing." In accordance with the Rule, undersigned counsel will maintain a copy of the audio or video record corresponding with each exhibit and will provide them to the Court upon request.

- Ex. C (cellphone video taken by member of Price family on May 11, 2018) ("Family Recording 1")
- Ex. G (video taken by Officer David Whitehead's body-worn camera on May 11, 2018) ("Whitehead BWC")
- Ex. I (video taken by Lt. Ryan Small's body-worn camera on May 11, 2018) ("Small BWC")
- Ex. K (cellphone video taken by Kevaughn Walker on May 11, 2018) ("Family Recording 2")
- Ex. M (audio recording of May 11, 2018 911 call) ("911 Call")
- Ex. P (audio recording of TAC police radio channel from May 11, 2018) ("TAC Recording")

August 10, 2020                          Respectfully submitted

                                         */s/ Michael Perloff*
                                         Michael Perloff (D.C. Bar # 1601047)
                                         Scott Michelman (D.C. Bar # 1006945)
                                         Arthur B. Spitzer (D.C. Bar # 235960)
                                         American Civil Liberties Union Foundation

1

of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
mperloff@acludc.org

## Certificate of Service

I hereby certify that, on this 10th day of August 2020, I served a copy of the foregoing NOTICE OF FILING, and links to the video and audio files referenced herein upon the Defendants in this matter by sending it via regular and electronic mail to the counsel listed below:

David A. Jackson (D.C. Bar No. 471535)
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC 20001
davida.jackson@dc.gov

*/s/ Michael Perloff*
Michael Perloff

2