UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
DENISE PRICE,                                   )
                                                          )
                        Plaintiff,                     )
                                                          )
            v.                                            )  C. A. No. 19-cv-1235-APM
                                                          )
OFFICER JOSEPH GUPTON, *et al.*,       )
                                                          )
                        Defendants.                 )
_____ )

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as agreed by the parties in their settlement

of this matter, the Clerk shall dismiss the above-captioned case against Defendants, District of

Columbia and Joseph Gupton, with prejudice, without any admission of liability.  Each party to

bear its own costs.

For the Plaintiff:                                          For the Defendants:

Respectfully submitted,                          Respectfully submitted,

*/s/ Michael Perloff*                                 KARL A. RACINE
Michael Perloff (D.C. Bar No. 1601047)     Attorney General for the District of Columbia
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union                   CHAD COPELAND
Foundation of the District of Columbia       Deputy Attorney General
915 15th Street NW, Second Floor            Civil Litigation Division
Washington, D.C. 20005
(202) 457-0800                                        */s/ Michael K. Addo*
MPerloff@acludc.org                               MICHAEL K. ADDO [1008971]
                                                             Chief, Civil Litigation
                                                             Division Section IV

/s/ *David A. Jackson*
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Cell Phone)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

Attorneys for Defendants